**DISMISS and Opinion Filed July 11, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00696-CV

### IN THE INTEREST OF I. L. S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-07655-S**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

In a letter dated May 24, 2013, this Court questioned its jurisdiction over this appeal because it appeared there was no final judgment. We instructed appellant to file, within twenty days of the date of the letter, a jurisdictional brief explaining how this Court has jurisdiction over the appeal. We cautioned appellant that failure to file a jurisdictional brief may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a jurisdictional brief.

A party to an adjudication of paternity may challenge the adjudication only under the laws of this state relating to appeals. *See* TEX. FAM. CODE ANN. § 160.637(e) (West 2008). Except in circumstances not applicable here, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id.*

Because the order leaves the issue of conservatorship for later determination, the judgment is not final and this Court lacks jurisdiction.  Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a) & (c).

/David L. Bridges/

DAVID L. BRIDGES

130969F.P05

JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF I. L. S., A CHILD

No. 05-13-00696-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 09-07655-S.
Opinion delivered by Justice Bridges.
Justices Moseley and Lang-Miers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, the Texas Department of Family and Protective Services, recover its costs of this appeal from appellant, Lakeith Raqib Amir-Sharif.

Judgment entered July 11, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE